UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**WILLIAM L. LAMEY**                                                                            **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO.  3:17-cv-945- HTW-JCG**

**NAVIENT SOLUTIONS, LLC, d/b/a
the NAVIENT CORPORATION,
d/b/a NAVIENT SOLUTIONS, INC.,
d/b/a SLM, INC., f/k/a SALLIE MAE**                         **DEFENDANTS**

## ORDER OF DISMISSAL

Plaintiff, William L. Lamey has filed a Stipulation of Dismissal **[Docket no. 57]** of all claims against the defendants herein, and the court being desirous that this case be finally closed on its active docket :

IT IS ORDERED that the Stipulation of Dismissal **[Docket no. 57]** is hereby granted, and this case is hereby dismissed with prejudice, as to all parties.

SO ORDERED, this the 25th day of March, 2019.

                                                             /s/HENRY T. WINGATE
                                                             UNITED STATES DISTRICT JUDGE